IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDDIE G. MARTINEZ,

    Plaintiff,

v.                                                         No. CV 08-830 BB/CEG

DAVID EDMONDSON, Commander,
DANIEL GONZALES, Agent,
CARROLL CAUDILL, Agent,
DANIEL J. VASQUEZ, Agent,
ALLEN D. SANCHEZ, JR., Agent,
ERIC J. JAMESON, Agent, and
PECOS VALLEY DRUG TASK FORCE,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition on August 11, 2009. See docket no. 41. The proposed findings notify Eddie G. Martinez of his ability to file objections and that failure to do so waives appellate review. To date, Mr. Martinez has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore,

    IT IS HEREBY ORDERED THAT:

    1)    the Magistrate Judge's Proposed Findings and Recommended Disposition (docket no. 41) are adopted;

    2)    Defendants' Motion and Memorandum in Support of Defendants' Motion for Summary Judgment (docket no. 29) is GRANTED;

3) Plaintiff Eddie G. Martinez's "Motion for Hearing" (docket no. 30) and Motion for Summary Judgment (docket no. 40) are DENIED as moot;

4) Plaintiff's Civil Rights Complaint brought pursuant to 42 U.S.C. §§ 1983 and 1985 (docket no. 1, exhibit A) is hereby DISMISSED WITH PREJUDICE; and

5) Civil case number 08-830 BB/CEG is hereby closed.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE